UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JORGE LUIS ARROYO-GARCIA,<br><br>　　　　　　　　　　Defendant. | Case No.:  22CR2538-JLS<br><br>**ORDER DENYING DEFENDANT'S MOTION TO AMEND MOTION FOR COMPASSIONATE RELEASE**<br><br>**[ECF No. 54]** |

Pending before the Court is Defendant Arroyo-Garcia's request for a status report and motion to amend his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  ECF No. 54.  Defendant's motion for compassionate release was previously denied without prejudice because he failed to establish that he exhausted his administrative remedies.  ECF No. 51.  Specifically, Defendant failed to establish that he submitted a request to the Bureau of Prisons ("BOP") for a compassionate release motion to be filed on his behalf and that he fully exhausted his administrative appeal rights with respect to any denial of that request, or that 30 days have elapsed since the warden of his facility, FCI Lompoc, received such a request.

Defendant still has not demonstrated that he has "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier…" 18 U.S.C. § 3582 (c)(1)(A).  This requirement

is mandatory and must be enforced when properly invoked by the government. *United States v. Keller*, 2 F.4th 1278, 1280 (9th Cir. 2021). Accordingly, the Court must **Deny** Defendant's motion to amend his motion for compassionate release.[1]

Defendant may refile his compassionate release motion when he is able to demonstrate that he has submitted a request that the BOP file such a motion on his behalf and that either (1) he has fully exhausted all administrative rights to appeal a failure of the BOP to bring a motion on his behalf or (2) 30 days have elapsed since the warden of his facility received a compassionate release request from Defendant, whichever is earlier.

IT IS SO ORDERED.

Dated: February 22, 2024

Hon. Janis L. Sammartino
United States District Judge

---

[1] Given the information provided herein, Defendant's request for a status report is deemed **Moot**.